UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRAMAINE ROPER,**

**Plaintiff,**

**v.**                                                    **Case No. 6:25-cv-226-CEM-DCI**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying her application for Disability Insurance Benefits. The United States Magistrate Judge issued a Report and Recommendation (Doc. 18), recommending that the decision be affirmed, (*id.* at 13).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order.

2.  The Commissioner's decision is **AFFIRMED**.

3.  The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record